**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**TROY I. THOMAS,**
    Plaintiff,

vs.                                       **CASE NO.: 3:09cv424/MCR/MD**

**UNKNOWN DEFENDANTS,**
    Defendants.

---

**O R D E R**

**Plaintiff, an inmate proceeding** *pro se,* **filed a civil rights complaint pursuant to 42 U.S.C. § 1983 on September 17, 2009 in the Middle District of Florida. The case was transferred to the Northern District of Florida on September 22, 2009. On October 5, 2009, plaintiff was directed to file an amended complaint and to either pay the $350.00 filing fee or file a complete** *in forma pauperis* **application, within thirty (30) days (doc. 7). Plaintiff requested an extension of time in which to amend his complaint, which was granted, and plaintiff has now filed an** *in forma pauperis* **application (doc. 10). The application is incomplete because, contrary to the court's instructions, plaintiff failed to include a printout of the transactions in his inmate trust account for the requisite period.**

        **Accordingly, it is ORDERED:**

        **Within twenty (20) days of the date of this order, plaintiff shall correct the deficiency in his** *in forma pauperis* **application by filing a printout reflecting transactions in his inmate trust account for the six month period preceding the filing of his complaint. Failure to do so will result in his application being denied.**

        **DONE AND ORDERED this 3rd day of December, 2009.**

        /s/ *Miles Davis*
        **MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**